1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| FABIOLA TORRES, | Case No.: 5:22-cv-00494-JGB-JCx |
| Plaintiff, | **ORDER ON STIPULATED PROTECTIVE ORDER** |
| v. | |
| OXFORD INDUSTRIES, INC. dba TOMMY BAHAMA; DOES 1 through 100, inclusive, | |
| Defendants. | |

85962423v.1

## ORDER

Pursuant to the Stipulated Protective Order filed with the Court on August 11, 2022 by Plaintiff Fabiola Torres and Defendant Oxford Industries, Inc., the Court rules:

**IT IS HEREBY ORDERED** that the Stipulated Protective Order is entered as an Order of the Court.

**IT IS SO ORDERED.**

DATED: August 11, 2022

                                                  /s/
Honorable Jacqueline Chooljian
United States Magistrate Judge

85962423v.1