**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FABIOLA TORRES,<br><br>            Plaintiff,<br><br>    v.<br><br>OXFORD INDUSTRIES, INC. dba TOMMY BAHAMA; DOES 1 through 100, inclusive,<br><br>            Defendants. | Case No.: 5:22-cv-00494-RGK-JC<br><br>**ORDER ON JOINT STIPULATION OF DISMISSAL AND RETENTION OF JURISDICTION** |

## ORDER

The Court having considered the Joint Stipulation of Dismissal and Retention of Jurisdiction of the Parties, orders as follows:

1. The Action is dismissed with prejudice in its entirety;
2. Each party shall bear its own expenses, costs and attorneys' fees, except as may otherwise be provided in the Parties' settlement agreement; and
3. The Court shall retain jurisdiction of the Action for the purpose of enforcing the Parties' settlement agreement.

**IT IS SO ORDERED:**

Dated: September 23, 2022   By: /s/ Gary Klausner
Hon. R. Gary Klausner